# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0508
_____

RALITSA ROYSTER as the
surviving spouse of Claude
Carrol Royster, IV, deceased,
and the court-appointed
Personal Representative of the
Estate of Claude Carrol Royster,
IV, deceased,

    Appellant,

    v.

BART FLEET, court-appointed
Curator of the Estate of Claude
Carrol Royster, IV, deceased,
and DAWN SHEALY ROYALL,

    Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
David J. Oberliesen, Judge.

March 11, 2026

PER CURIAM.

    DISMISSED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Lisa C. McCrystal and Margaret A. Wharton of Wharton Law Group, P.A., Oviedo, for Appellant.

Charles F. Beall, Jr. of Moore, Hill and Westmoreland, P.A., Pensacola, for Appellee Bart Fleet.

Kyle S. Bauman of Anchors Smith Grimsley, Fort Walton Beach, for Appellee Dawn Shealy Royall.